FILED
CLERK, U.S. DISTRICT COURT

2/23/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARO, | Case No. CV 15-3913-MWF (JPR) |
| Petitioner, | |
| vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |
| ELVIN VALENZUELA, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. On December 21, 2015, Petitioner filed Objections to the R&R, in which he simply "reincorporates the arguments and points and authorities submitted" in his opposition to Respondent's motion to dismiss. (See Objections at 1.)

The Court accepts the findings and recommendations of the Magistrate Judge. IT IS ORDERED that the Petition is denied without leave to amend because it is untimely and Judgment be entered dismissing this action with prejudice.

DATED: February 23, 2016

MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE