JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/23/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARO, | ) Case No. CV 15-3913-MWF (JPR) |
| Petitioner, | ) |
| vs. | ) **JUDGMENT** |
| ELVIN VALENZUELA, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 23, 2016

MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE